# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

 E-filing

BOARD OF TRUSTEES OF THE LABORERS HEALTH
AND WELFARE TRUST FUND FOR NORTHERN
CALIFORNIA; BOARD OF TRUSTEES OF THE
LABORERS VACATION-HOLIDAY TRUST FUND FOR
NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF
THE LABORERS PENSION TRUST FUND FOR
NORTHERN CALIFORNIA and BOARD OF TRUSTEES
OF THE LABORERS TRAINING AND RETRAINING
TRUST FUND FOR NORTHERN CALIFORNIA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CV 07

**PJH**

v.

CONCRETE SURFACING SYSTEMS, INC., and a
California corporation; RODNEY EUGENE SCOTT, an
Individual; and DOES 1-10

TO: (Name and address of defendant)

Rodney Eugene Scott
Concrete Surfacing Systems, Inc.
2550 Mercantile Dr., Ste. B
Rancho Cordova, CA 95742

Concrete Surfacing Systems, Inc.
2550 Mercantile Dr., Ste. B
Rancho Cordova, CA 95742

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ronald L. Richman
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, CA 94108

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

DATE _____    DEC 1 3 2007

MARY ANN BUCKLEY

_____
(BY) DEPUTY CLERK

American LegalNet, Inc.
www.USCourtForms.com

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |

| Name of SERVER | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐  Served Personally upon the Defendant. Place where served:

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐  Returned unexecuted:

☐  Other *(specify)*:

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
            *Date*                          *Signature of Server*

                                           _____
                                           *Address of Server*

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

American LegalNet, Inc.
www.USCourtForms.com