RONALD L. RICHMAN (SBN 139189)
BULLIVANT HOUSER BAILEY PC
601 CALIFORNIA STREET, SUITE 1800
SAN FRANCISCO, CA 94108
Telephone: (415) 352-2700
Facsimile: (415) 352-2701
**Attorney(s) for:** PLAINTIFFS
Reference: 3009723

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

BOARD OF TRUSTEES OF THE LABORERS
HEALTH AND WELFARE TRUST FUND FOR
NORTHERN CALIFORNIA, et al.
                              **Plaintiff (s)**

                v.

CONCRETE SURFACING SYSTEMS, INC., et al.
                              **Defendant (s)**

**CASE NUMBER: CV 07 6301 PJH**

## PROOF OF SERVICE
## SUMMONS AND COMPLAINT
(Use separate proof of service for each person/party served)

1.  At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents):*
    a. ☒ summons         ☒ complaint         ☐ alias summons         ☐ first amended complaint
       in a civil case                                                ☐ second amended complaint
                                                                      ☐ third amended complaint

    ☒ other *(specify):* CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR
    DEADLINES; ORDER REQUIRING JOINT CASE MANAGEMENT STATEMENT AND APPEARANCE AT CASE MANAGEMENT
    CONFERENCE; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; IN ADDITION TO THE
    LOCAL RULES, THE FOLLOWING GUIDELINES HAVE BEEN PROVIDED TO ENSURE THAT THE FILING PROCESS IS
    ACCOMPLISHED WITH EASE AND ACCURACY; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE
    JURISDICTION; (BLANK) WAIVER OF SERVICE OF SUMMONS; (BLANK) NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF
    SERVICE OF SUMMONS; ECF REGISTRATION INFORMATION HANDOUT

2.  Person served:
    a. ☒ Defendant *(name):* CONCRETE SURFACING SYSTEMS, INC.
    b. ☒ Other *(specify name and title or relationship to the party/business named):* RODNEY E. SCOTT, AUTHORIZED TO
    ACCEPT SERVICE OF PROCESS ON BEHALF OF CONCRETE SURFACING SYSTEMS, INC.
    c. ☒ Address Where papers were served: 9239 WINDING OAK DRIVE, FAIR OAKS, CA 95628

3.  **Manner of service** in compliance with *(the appropriate box **must** be checked):*
    a.    ☒ Federal Rules of Civil Procedure
    b.    ☐ California Code of Civil Procedure

4.  **I served** the person named in item 2:

    a. ☒ By **Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent,
       guardian, conservator or similar fiduciary and to the minor if at least (12) years of age.

       1. ☒ **Papers were served on** *(date):*        **JANUARY 10, 2008**      at *(time):*        **4:50PM**

    b. ☐ By **Substituted service.** By leaving copies:

       1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a
          competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

       2. ☐ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the
          general nature of the papers.

       3. ☐ **Papers were served on** *(date):* _____      at *(time):* _____

1

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**

CV-1 (04/01)

4. ☐ **by mailing** (by first-class mail, postage prepaid) copies to the person served in item 2(b) at the place were the copies were left in Item 2(c).

5. ☐ **papers were mailed** on (date): _____

6. ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage pre-paid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P.4(h))** **(C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment of by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, a mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)*copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of state requires a court order. **(Attach a copy of the order to this proof of service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt o other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5.  Service upon the **United States, and Its Agencies, Corporations or Officers.**
    a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.
    Name of person served:
    Title of person served:
    Date and time of service: *(date):* _____    at *(time):* _____
    b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attached signed return receipt of other evidence of actual receipt by the person served).**

    c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6.  At the time of service I was at least 18 years of age and not a party to this action.
7.  Person serving *(name, address and telephone number):*

**GUILLERMO TALAMANTES/#2007-66/SACRAMENTO**    a. Fee for service: $
**NATIONWIDE LEGAL, INC.**
**1255 POST STREET, SUITE #500**    b. ☐ Not a Registered California Process Server
**SAN FRANCISCO, CA 94109**
**(415) 351-0400**    c. ☐ Exempt from registration under B&P 2235(b)

    d. ☒ Registered California Process Server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: JANUARY 10, 2008

_____
*(Signature)*

_____
**PROOF OF SERVICE-SUMMONS AND COMPLAINT**
CV-1 (04/01)

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA



BOARD OF TRUSTEES OF THE LABORERS HEALTH
AND WELFARE TRUST FUND FOR NORTHERN
CALIFORNIA; BOARD OF TRUSTEES OF THE
LABORERS VACATION-HOLIDAY TRUST FUND FOR
NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF
THE LABORERS PENSION TRUST FUND FOR
NORTHERN CALIFORNIA and BOARD OF TRUSTEES
OF THE LABORERS TRAINING AND RETRAINING
TRUST FUND FOR NORTHERN CALIFORNIA

**V.**

CONCRETE SURFACING SYSTEMS, INC., and a
California corporation; RODNEY EUGENE SCOTT, an
Individual; and DOES 1-10

## SUMMONS IN A CIVIL CASE

CASE NUMBER:



**PJH**

TO: (Name and address of defendant)

Rodney Eugene Scott
Concrete Surfacing Systems, Inc.
2550 Mercantile Dr., Ste. B
Rancho Cordova, CA 95742

Concrete Surfacing Systems, Inc.
2550 Mercantile Dr., Ste. B
Rancho Cordova, CA 95742

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ronald L. Richman
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, CA 94108

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

DEC 1 3 2007

DATE _____

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

American LegalNet, Inc.
www.USCourtForms.com