Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
E-mail: ron.richman@bullivant.com
E-mail: susan.olson@bullivant.com
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> vs. <br><br> CONCRETE SURFACING SYSTEMS, INC., a California corporation; RODNEY EUGENE SCOTT, an Individual; and DOES 1-10, <br><br> Defendants. | Case No.: C 07-06301 PJH <br><br> **STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON** <br><br> Date: March 20, 2008 <br> Time: 2:30 p.m. <br> Ctroom: 3, 17th Floor <br> Hon. Phyllis J. Hamilton |

Plaintiffs offer this Statement in Lieu of the Case Management Conference Statement.

On December 13, 2007 Plaintiffs filed their Complaint For Damages for Breach of Collective Bargaining Agreement and For A Mandatory Injunction ("Complaint") seeking to recover outstanding trust fund contributions on behalf of Defendants' covered employees.

The Complaint was served on Defendants on December 20, 2008.

On February 12, 2008 Plaintiffs filed their Amended Complaint For Damages for Breach of Collective Bargaining Agreement and For A Mandatory Injunction ("Amended Complaint"). Subsequently, Plaintiffs were contacted by counsel to Defendants and a Waiver of Service of Summons was provided to counsel. If Defendants refuse to executed the Waiver of Service of Summons, then Plaintiffs will personally serve Defendants with the Amended Complaint.

Counsel for Plaintiffs and Defendants are discussing settlement. Within the next 30 days, Plaintiffs and Defendants will have a better idea as to whether settlement is possible or whether this matter will proceed to litigation.

Based on the above, Plaintiffs respectfully request that the Case Management Conference be continued for thirty days to give the parties additional time to attempt to resolve the dispute.

DATED: March 12, 2008

BULLIVANT HOUSER BAILEY PC

By: /s/ Ronald L. Richman
Ronald L. Richman

Attorneys for Plaintiffs

## CASE MANAGEMENT ORDER

The Court having read Plaintiffs' Statement in Lieu of Case Management Conference Statement and good cause appearing therefore:

IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for March 20, 2008 at 2:30 p.m. be continued to __April 24__, 2008 at 2:30 p.m., Courtroom 3, 17th floor, San Francisco, California.

DATED: __March 13__, 2008

By _____
HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED
Judge Phyllis J. Hamilton