Ronald L. Richman, SBN 139189
E-Mail: ron.richman@bullivant.com
Susan J. Olson, SBN 152467
E-Mail: susan.olson@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Plaintiffs Laborers Trust Funds

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>CONCRETE SURFACING SYSTEMS, INC., a California corporation; RODNEY EUGENE SCOTT, an Individual; and DOES 1-10,<br><br>Defendants. | Case No.: C 07-06301 PJH<br><br>**STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON**<br><br>Date:    April 24, 2008<br>Time:    2:30 p.m.<br>Ctroom:  3, 17th Floor<br>            Hon. Phyllis J. Hamilton |

Plaintiffs offer this Statement in Lieu of the Case Management Conference Statement.

On December 13, 2007 Plaintiffs filed their Complaint For Damages for Breach of Collective Bargaining Agreement and For A Mandatory Injunction ("Complaint") seeking to recover outstanding trust fund contributions on behalf of Defendants' covered employees.

The Complaint was served on Defendants on December 20, 2008.

1    On February 12, 2008 Plaintiffs filed their Amended Complaint For Damages for Breach
2 of Collective Bargaining Agreement and For A Mandatory Injunction ("Amended Complaint").
3 Subsequently, Plaintiffs were contacted by counsel for Defendants and a Waiver of Service of
4 Summons was provided to counsel. However, counsel has not returned the Waiver of Service of
5 Summons and has not returned phone calls or written inquiries regarding his representation of
6 Defendants. Further, attempts to serve Defendants with the Amended Complaint have been
7 unsuccessful as Defendants have apparently moved or abandoned their operations. Plaintiffs
8 Trust Funds are in the process of retaining a private investigator in an attempt to serve
9 Defendants.
10    Based on the above, Plaintiffs respectfully request that the Case Management
11 Conference be continued for thirty days to give Plaintiffs additional time to try to locate and
12 serve Defendants.
13 DATED: April 15, 2008

BULLIVANT HOUSER BAILEY PC

By _____
Ronald L. Richman

Attorneys for Plaintiffs Laborers Trust Funds

10507588.1

**CASE MANAGEMENT ORDER**

The Court having read Plaintiffs' Statement in Lieu of Case Management Conference Statement and good cause appearing therefore:

IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for April 24, 2008 at 2:30 p.m. be continued to _____, 2008 at 2:30 p.m., Courtroom 3, 17th floor, San Francisco, California.

DATED: April ___, 2008

By _____
HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

– 3 –
STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON