Ronald L. Richman, SBN 139189
E-Mail: ron.richman@bullivant.com
Susan J. Olson, SBN 152467
E-Mail: susan.olson@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Plaintiffs Laborers Trust Funds

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>CONCRETE SURFACING SYSTEMS, INC., a California corporation; RODNEY EUGENE SCOTT, an Individual; and DOES 1-10,<br><br>Defendants. | Case No.: C 07-06301 PJH<br><br>**STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON**<br><br>Date:    May 22, 2008<br>Time:    2:30 p.m.<br>Ctroom:  3, 17th Floor<br>         Hon. Phyllis J. Hamilton |

Plaintiffs offer this Statement in Lieu of the Case Management Conference Statement.

On December 13, 2007 Plaintiffs filed their Complaint For Damages for Breach of Collective Bargaining Agreement and For A Mandatory Injunction ("Complaint") seeking to recover outstanding trust fund contributions on behalf of Defendants' covered employees.

The Complaint was served on Defendants on December 20, 2008.

1  On February 12, 2008 Plaintiffs filed their Amended Complaint For Damages for Breach
2  of Collective Bargaining Agreement and For A Mandatory Injunction ("Amended Complaint").
3  Subsequently, Plaintiffs were contacted by counsel for Defendants and a Waiver of Service of
4  Summons was provided to counsel.
5  Counsel has returned the Waiver of Service of Summons and the Waiver of Service of
6  Summons is on file with this Court. Counsel for Defendants and counsel for Plaintiffs are now
7  actively involved in good faith settlement negotiations.
8  Based on the above, Plaintiffs respectfully request that the Case Management
9  Conference be continued for thirty days to give Plaintiffs and Defendants additional time to try
10 to settle this entire matter.
11 DATED: May 16, 2008

BULLIVANT HOUSER BAILEY PC

By     /s/
    Ronald L. Richman

Attorneys for Plaintiffs Laborers Trust Funds

10567146.1

## CASE MANAGEMENT ORDER

The Court having read Plaintiffs' Statement in Lieu of Case Management Conference Statement and good cause appearing therefore:

IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for May 22, 2008 at 2:30 p.m. be continued to __June 26__, 2008 at 2:30 p.m., Courtroom 3, 17th floor, San Francisco, California.

DATED: May 19, 2008

By _____
HON. _____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

[Seal: United States District Court, Northern District of California]