1  Ronald L. Richman, SBN 139189
   Susan J. Olson, SBN 152467
2  Bullivant Houser Bailey PC
   601 California Street, Suite 1800
3  San Francisco, California 94108
   Telephone: 415.352.2700
4  Facsimile: 415.352.2701
   E-Mail: ron.richman@bullivant.com
5  E-Mail: susan.olson@bullivant.com

6  Attorneys for Plaintiffs Laborers Trust Funds

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                       SAN FRANCISCO DIVISION
10

11 | BOARD OF TRUSTEES OF THE                  | Case No.: C 07-06301 PJH
   | LABORERS HEALTH AND WELFARE               |
12 | TRUST FUND FOR NORTHERN                   | **CASE MANAGEMENT CONFERENCE
   | CALIFORNIA; BOARD OF TRUSTEES OF          | STATEMENT**
13 | THE LABORERS VACATION-HOLIDAY             |
   | TRUST FUND FOR NORTHERN                   |
14 | CALIFORNIA; BOARD OF TRUSTEES OF          | Date:    June 26, 2008
   | THE LABORERS PENSION TRUST FUND           | Time:    2:30 p.m.
15 | FOR NORTHERN CALIFORNIA; and              | Ctroom:  3, 17th Floor
   | BOARD OF TRUSTEES OF THE                  |         Hon. Phyllis J. Hamilton
16 | LABORERS TRAINING AND RETRAINING          |
   | TRUST FUND FOR NORTHERN                   |
17 | CALIFORNIA,                               |

18              Plaintiffs,

19     vs.

20 CONCRETE SURFACING SYSTEMS, INC.,
   a California corporation; RODNEY EUGENE
21 SCOTT, an Individual; and DOES 1-10,

22              Defendants.

23
        Plaintiffs Laborers Trust Funds offer this Case Management Conference Statement.
24
        On December 13, 2007 Plaintiffs filed their Complaint For Damages for Breach of
25
   Collective Bargaining Agreement and For A Mandatory Injunction ("Complaint") seeking to
26
   recover outstanding trust fund contributions on behalf of Defendants' covered employees.
27
        The Complaint was served on Defendants on December 20, 2008.
28

                                        – 1 –

1. On February 12, 2008 Plaintiffs filed their Amended Complaint For Damages for Breach of Collective Bargaining Agreement and For A Mandatory Injunction ("Amended Complaint"). Subsequently, Plaintiffs were contacted by counsel for Defendants and a Waiver of Service of Summons was provided to counsel.

Counsel for Defendants returned the Waiver of Service of Summons and the Waiver of Service of Summons is on file with this Court. At the request of counsel, Defendants were provided with 60 days to file and serve a responsive pleading from the date that counsel signed the Waiver of Service of Summons, April 15, 2008. As of the date of this writing, June 17, 2008, no responsive pleading has been filed and settlement discussions have stalled.

The Laborers Trust Funds intend to proceed in default against Defendants.

DATED: June 17, 2008

BULLIVANT HOUSER BAILEY PC

By _____
Ronald L. Richman
Susan J. Olson

Attorneys for Plaintiffs Laborers Trust Funds

10618217.1