Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com

Attorneys for Plaintiffs
Laborers Trust Funds

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>CONCRETE SURFACING SYSTEMS, INC., a California corporation; RODNEY EUGENE SCOTT, an Individual; and DOES 1-10,<br><br>Defendants. | Case No.: C 07-06301 PJH<br><br>**REQUEST FOR CLERK'S ENTRY OF DEFAULT** |

TO DEFENDANTS CONCRETE SURFACING SYSTEMS, INC. AND RODNEY EUGENE SCOTT:

Plaintiffs hereby request that the Clerk of Court enter the default of defendants Concrete Surfacing Systems, Inc. and Rodney Eugene Scott in the above-referenced action.

– 1 –

REQUEST FOR CLERK'S ENTRY OF DEFAULT

1  The Request for Entry of Default is made on the grounds that on December 13, 2007 Plaintiffs filed their Complaint For Damages for Breach of Collective Bargaining Agreement and For A Mandatory Injunction ("Complaint") seeking to recover outstanding trust fund contributions on behalf of Defendants' covered employees. The Complaint was served on Defendants on December 20, 2008.

On February 12, 2008 Plaintiffs filed their Amended Complaint For Damages for Breach of Collective Bargaining Agreement and For A Mandatory Injunction ("Amended Complaint"). Subsequently, Plaintiffs were contacted by counsel for Defendants and a Waiver of Service of Summons was provided to counsel. Counsel for Defendants returned the Waiver of Service of Summons and the Waiver of Service of Summons is on file with this Court. At the request of counsel, Defendants were provided with 60 days to file and serve a responsive pleading from the date that counsel signed the Waiver of Service of Summons, April 15, 2008. As of the date of this writing, June 20, 2008, no responsive pleading has been filed.

Based on the above, Plaintiffs respectfully request that the Clerk of Court issue the default of defendants Concrete Surfacing Systems, Inc. and Rodney Eugene Scott in the above-referenced action.

DATED: June 20, 2008

BULLIVANT HOUSER BAILEY PC

By *[signature]*
Ronald L. Richman

Attorneys for Plaintiffs
Laborers Trust Funds

10629480.1

-2-
REQUEST FOR CLERK'S ENTRY OF DEFAULT