Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com

Attorneys for Plaintiffs
Laborers Trust Funds

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> vs. <br><br> CONCRETE SURFACING SYSTEMS, INC., a California corporation; RODNEY EUGENE SCOTT, an Individual; and DOES 1-10, <br><br> Defendants. | Case No.: C 07-06301 PJH <br><br> **DECLARATION OF RONALD L. RICHMAN IN SUPPORT OF REQUEST FOR CLERK'S ENTRY OF DEFAULT** |

I, RONALD L. RICHMAN, declare as follows.

1. I am a shareholder of the law firm of Bullivant Houser Bailey, PC, counsel for Plaintiffs in this action.

2. I have personal knowledge of the following and, if called upon to testify, am competent to do so.

– 1 –
DECLARATION OF RONALD L. RICHMAN IN SUPPORT OF REQUEST FOR CLERK'S ENTRY OF DEFAULT

3. On December 13, 2007 Plaintiffs filed their Complaint For Damages for Breach of Collective Bargaining Agreement and For A Mandatory Injunction ("Complaint") seeking to recover outstanding trust fund contributions on behalf of Defendants' covered employees. The Complaint was served on Defendants on December 20, 2008.

4. On February 12, 2008 Plaintiffs filed their Amended Complaint For Damages for Breach of Collective Bargaining Agreement and For A Mandatory Injunction ("Amended Complaint"). Subsequently, Plaintiffs were contacted by counsel for Defendants and a Waiver of Service of Summons was provided to counsel. Counsel for Defendants returned the Waiver of Service of Summons and the Waiver of Service of Summons is on file with this Court. Attached hereto as <u>Exhibit A</u> is a true and correct copy of the Waiver of Service of Summons.

5. At the request of counsel, Defendants were provided with 60 days to file and serve a responsive pleading from the date that counsel signed the Waiver of Service of Summons, April 15, 2008. As of the date of this writing, June 20, 2008, no responsive pleading has been filed nor have the defendants appeared informally, and no cause exists which would prevent the Clerk of Court from entering the default of defendants Concrete Surfacing Systems, Inc. and Rodney Eugene Scott.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct and that this declaration was executed on June 20, 2008 at San Francisco, California.

_____
Ronald L. Richman

---
– 2 –
DECLARATION OF RONALD L. RICHMAN IN SUPPORT OF REQUEST FOR CLERK'S ENTRY OF DEFAULT

# EXHIBIT A

O AO 399 (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO: Ronald L. Richman
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, Concrete Surfacing System, Inc. and Rodney Eugene Scott, acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of Laborers Trust Funds v. Concrete Surfacing, et. al.,
(CAPTION OF ACTION)

which is case number C 07 06301 PJH in the United States District Court
(DOCKET NUMBER)

for the Northern District of California.

I have also received a copy of the amended complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the amended complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after or within 90 days after that date if the request was sent outside the United States.

February, 20, 2008,
(DATE REQUEST WAS SENT)

April 16 2008
(DATE)

(SIGNATURE)

Printed/Typed Name: Michael A. Cable

As Attorney of Concrete Surfacing System, Inc. and Rodney E. Scott
(TITLE)                    (CORPORATE DEFENDANT)

**Duty to Avoid Unnecessary Costs of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

American LegalNet, Inc.
www.USCourtForms.com

**Warren, Bridgette**

**FILE COPY**

| | |
|---|---|
| **From:** | ECF-CAND@cand.uscourts.gov |
| **Sent:** | Friday, April 18, 2008 10:19 AM |
| **To:** | efiling@cand.uscourts.gov |
| **Subject:** | Activity in Case 3:07-cv-06301-PJH Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California et al v. Concrete Surfacing Systems Inc. et al Waiver of Service Executed |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available.*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from by Richman, Ronald entered on 4/18/2008 10:19 AM and filed on 4/18/2008

| | |
|---|---|
| **Case Name:** | Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California et al v. Concrete Surfacing Systems Inc. et al |
| **Case Number:** | 3:07-cv-6301 |
| **Filer:** | Board of Trustees of the Laborers Pension Trust Fund for Northern California |
| | Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California |
| | Board of Trustees of the Laborers Vacation-Holiday Trust Fund for Northern California |
| | Board of Trustees of the Laborers Training and Retraining Trust Fund for Northern California |

4/18/2008

| Document Number: | 11 |
|---|---|

**Docket Text:**
WAIVER OF SERVICE Returned Executed filed by Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California, Board of Trustees of the Laborers Vacation-Holiday Trust Fund for Northern California, Board of Trustees of the Laborers Pension Trust Fund for Northern California, Board of Trustees of the Laborers Training and Retraining Trust Fund for Northern California. Service waived by Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California waiver sent on 2/20/2008, answer due 4/21/2008; Board of Trustees of the Laborers Vacation-Holiday Trust Fund for Northern California waiver sent on 2/20/2008, answer due 4/21/2008; Board of Trustees of the Laborers Pension Trust Fund for Northern California waiver sent on 2/20/2008, answer due 4/21/2008; Board of Trustees of the Laborers Training and Retraining Trust Fund for Northern California waiver sent on 2/20/2008, answer due 4/21/2008. *--Waiver of Service of Summons--* (Richman, Ronald) (Filed on 4/18/2008)

**3:07-cv-6301 Notice has been electronically mailed to:**

Susan Jane Olson      susan.olson@bullivant.com, #sanfranciscodocketing@bullivant.com

Ronald Lee Richman      ron.richman@bullivant.com, sanfranciscodocketing@bullivant.com

**3:07-cv-6301 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** F:\Global\E-Filing\29512-53\Waiver of Service of Summons 4-18-08.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=4/18/2008] [FileNumber=4317340-0]
[7f49b257645ad344fc17e2f9b2744e3d5112b1fc888732f8cae76ced0dd685bb06775
2377611e388dc64e9879826b755ea1d270bf7fc3b464ce1efbba3c67a24]]

4/18/2008