Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com

Attorneys for Plaintiffs
Laborers Trust Funds

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>CONCRETE SURFACING SYSTEMS, INC., a California corporation; RODNEY EUGENE SCOTT, an Individual; and DOES 1-10,<br><br>Defendants. | Case No.: C 07-06301 PJH<br><br>**PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER THEREON**<br><br>Date:    June 26, 2008<br>Time:    2:30 p.m.<br>Ctroom:  3, 17th Floor<br>           Hon. Phyllis J. Hamilton |

Plaintiffs Laborers Trust Funds requests that this Court continue the Case Management Conference on the following grounds.

On December 13, 2007 Plaintiffs filed their Complaint For Damages for Breach of Collective Bargaining Agreement and For A Mandatory Injunction ("Complaint") seeking to recover outstanding trust fund contributions on behalf of Defendants' covered employees.

– 1 –

1  The Complaint was served on Defendants on December 20, 2008.

2  On February 12, 2008 Plaintiffs filed their Amended Complaint For Damages for Breach of Collective Bargaining Agreement and For A Mandatory Injunction ("Amended Complaint"). Subsequently, Plaintiffs were contacted by counsel for Defendants and a Waiver of Service of Summons was provided to counsel. Counsel for Defendants returned the Waiver of Service of Summons and the Waiver of Service of Summons is on file with this Court. At the request of counsel, Defendants were provided with 60 days to file and serve a responsive pleading from the date that counsel signed the Waiver of Service of Summons, April 15, 2008. As of the date of this writing, June 20, 2008, no responsive pleading has been filed and settlement discussions have stalled.

On Friday, June 20, 2008 the Laborers Trust Funds filed their Request for Clerk's Entry of Default. Once the Clerk enters the default of Defendants, Plaintiffs Trust Funds will prepare a motion for default judgment. Plaintiffs anticipate that it will have a Motion for Default Judgment on file with this Court within 90 days.

DATED: June 20, 2008

BULLIVANT HOUSER BAILEY PC

By _____
Ronald L. Richman
Susan J. Olson

Attorneys for Plaintiffs
Laborers Trust Funds

**CASE MANAGEMENT ORDER**

The Court having read Plaintiffs' Request to Continue Case Management Conference Statement and good cause appearing therefore:

IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for June 26, 2008 at 2:30 p.m. be continued to _____, 2008 at 2:30 p.m., Courtroom 3, 17th floor, San Francisco, California.

DATED: June ___, 2008

By _____
HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

10629667.1