**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

| | |
|---|---|
| Richard W. Wieking<br>Clerk | General Court Number<br>415.522.2000 |

June 25, 2008

RE:  CV 07-06301 PJH          BOARD OF TRUSTEES-v- CONCRETE SURFACING

Default is entered as to Defendant Concrete Surfacing Systems Inc. and Defendant Rodney Eugene Scott on June 25, 2008.

                                          RICHARD W. WIEKING, Clerk

                                          by Felicia Reloba
                                          Case Systems Administrator

NDC TR-4  Rev. 3/89