Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com

Attorneys for Plaintiffs Laborers Trust Funds

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>CONCRETE SURFACING SYSTEMS, INC., a California corporation; RODNEY EUGENE SCOTT, an Individual; and DOES 1-10,<br><br>Defendants. | Case No.: C 07-06301 PJH<br><br>**REQUEST TO VACATE CASE MANAGEMENT CONFERENCE; ORDER THEREON**<br><br>Date: February 5, 2009<br>Time: 2:30 p.m.<br>Ctroom: 3, 17th Floor<br>Hon. Phyllis J. Hamilton |

Plaintiffs Request that this Court Vacate the Case Management Conference on the following grounds.

On June 25, 2008 the Clerk of Court entered the Default of Defendants Concrete Surfacing Systems, Inc. and Rodney Eugene Scott. On February 4, 2009 Plaintiffs filed their Motion for Default Judgment. Hearing is set for March 25, 2009.

– 1 –

REQUEST TO VACATE CASE MANAGEMENT CONFERENCE

Based on the above, Plaintiffs respectfully request that this Court vacate the February 5, 2009 Case Management Conference.

DATED: February 4, 2009

                         BULLIVANT HOUSER BAILEY PC

                         By  */s/ Ronald L. Richman*
                              Ronald L. Richman
                              Susan J. Olson

                       Attorneys for Plaintiffs Laborers Trust Funds

### CASE MANAGEMENT ORDER

The Court having read Plaintiffs' Request To Vacate Case Management Conference and good cause appearing therefore:

IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for February 5, 2009 at 2:30 p.m. be vacated.

DATED: February 5, 2009

By  */s/ Phyllis J. Hamilton*
Hon. Phyllis J. Hamilton
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton

11102908.1