UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES, et al.,

      Plaintiffs,

      v.

CONCRETE SURFACING SYSTEMS, INC., et al.,

      Defendants.
_____/

No. C 07-6301 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for resolution of plaintiffs' applications for appearance and examination re enforcement of judgment.  Any date for hearing noticed on the undersigned's calendar is VACATED.

The parties shall contact the courtroom clerk of the assigned Magistrate Judge about that judge's procedures for judgment debtor examinations.  The information may also be available on the court's website.

**IT IS SO ORDERED.**

Dated:  November 24, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge

cc:  Wings, Assigned M/J, counsel of record