1 | Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
2 | Bullivant Houser Bailey PC
601 California Street, Suite 1800
3 | San Francisco, California  94108
Telephone: 415.352.2700
4 | Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
5 | E-Mail: susan.olson@bullivant.com

6 | Attorneys for Plaintiffs Laborers Trust Funds

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, | Case No.: C 07-06301 PJH (MEJ) **REQUEST FOR ORDER TO APPEAR AND SHOW CAUSE RE CONTEMPT OF COURT; ORDER THEREON** Hon. Maria-Elena James |
| Plaintiffs, | |
| vs. | |
| CONCRETE SURFACING SYSTEMS, INC., a California corporation; RODNEY EUGENE SCOTT, an Individual; and DOES 1-10, | |
| Defendants. | |

Defendant Rodney Eugene Scott was personally served on behalf of himself, as a judgment debtor, and on behalf of judgment debtor Concrete Surfacing Systems, Inc., as an officer, with the Application and Order For Appearance and Examination, requiring Rodney Eugene Scott to personally appear before this Court on April 21, 2010 at 9:00 a.m. to furnish

– 1 –

1   information to aid in the enforcement of a money judgment against Concrete Surfacing Systems,

2   Inc. and Rodney Eugene Scott, personally.  Rodney Eugene Scott failed to appear.

3          Based on the above, Plaintiffs and Judgment Creditors respectfully request that this

4   Court issue an Order To Appear and Show Cause re Contempt of Court to Rodney Eugene

5   Scott, under penalty of the issuance of a bench warrant for further failure to appear.

6   DATED:  May 11, 2010

7                                                    BULLIVANT HOUSER BAILEY PC

8

9                                         By  _____

10                                              Ronald L. Richman

11                                         Attorneys for Plaintiffs Laborers Trust Funds

12  / / /

13  / / /

14  / / /

15  / / /

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27

28

REQUEST FOR ORDER TO APPEAR RE CONTEMPT OF COURT; ORDER THEREON

## **ORDER**

Defendants Concrete Surfacing Systems, Inc. Rodney Eugene Scott were personally served with respective Applications and Orders For Appearance and Examination, requiring Rodney Eugene Scott, on behalf of himself, as a judgment debtor, and on behalf of judgment debtor Concrete Surfacing Systems, Inc., as an officer, to personally appear before this Court on April 21, 2010 at 9:00 a.m. to furnish information to aid in the enforcement of a money judgment against them.  Rodney Eugene Scott failed to appear.

IT IS HEREBY ORDERED THAT Rodney Eugene Scott personally appear before this Court on _June 29, 2010_ , 2010 at 9:00 a.m., Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, be prepared to participate in the Order of Examination, as required on April 21, 2010, furnish all information requested in the Order of Examination, previously served on Rodney Eugene Scott, and show cause why this Court should not hold Rodney Eugene Scott in Contempt of Court for failure to appear for the April 21, 2010 examination. Failure to appear may result in a bench warrant issued for the arrest of Rodney Eugene Scott.

Dated: _May 17, ____,_ 2010

IT IS SO ORDERED

Judge Maria-Elena James

_____

Hon. Maria
United States Magistrate Judge

12536001.1

REQUEST FOR ORDER TO APPEAR RE CONTEMPT OF COURT; ORDER THEREON