1   Ronald L. Richman, SBN 139189
    Susan J. Olson, SBN 152467
2   Bullivant Houser Bailey PC
    601 California Street, Suite 1800
3   San Francisco, California  94108
    Telephone: 415.352.2700
4   Facsimile: 415.352.2701
    E-Mail: ron.richman@bullivant.com
5   E-Mail: susan.olson@bullivant.com

6   Attorneys for Plaintiffs Laborers Trust Funds

7

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11  BOARD OF TRUSTEES OF THE                Case No.: C 07-06301 PJH (MEJ)
    LABORERS HEALTH AND WELFARE
12  TRUST FUND FOR NORTHERN                 **ORDER TO APPEAR AND SHOW**
    CALIFORNIA; BOARD OF TRUSTEES OF        **CAUSE RE CONTEMPT OF COURT**
13  THE LABORERS VACATION-HOLIDAY
    TRUST FUND FOR NORTHERN                 Date:      September 23, 2010
14  CALIFORNIA; BOARD OF TRUSTEES OF        Time:      10:00 a.m.
    THE LABORERS PENSION TRUST FUND         Ctroom:    B, 15th Floor
15  FOR NORTHERN CALIFORNIA; and                       Hon. Maria-Elena James
    BOARD OF TRUSTEES OF THE
16  LABORERS TRAINING AND RETRAINING
    TRUST FUND FOR NORTHERN
17  CALIFORNIA,

18                          Plaintiffs,

19         vs.

20  CONCRETE SURFACING SYSTEMS, INC.,
    a California corporation; RODNEY EUGENE
21  SCOTT, an Individual; and DOES 1-10,

22                          Defendants.

23

24                            **ORDER**

25        Defendants Concrete Surfacing Systems, Inc. Rodney Eugene Scott were personally

26  served with respective Applications and Orders For Appearance and Examination, requiring

27  Rodney Eugene Scott, on behalf of himself, as a judgment debtor, and on behalf of judgment

28  debtor Concrete Surfacing Systems, Inc., as an officer, to personally appear before this Court on

                                  – 1 –

1  April 21, 2010 at 9:00 a.m. to furnish information to aid in the enforcement of a money

2  judgment against them.  Rodney Eugene Scott failed to appear.

3        IT IS HEREBY ORDERED THAT Rodney Eugene Scott personally appear before this

4  Court on September 23, 2010 at 10:00 a.m., Courtroom B, 15th Floor, 450 Golden Gate Avenue,

5  San Francisco, California, be prepared to participate in the Order of Examination, as required on

6  April 21, 2010, furnish all information requested in the Order of Examination, previously served

7  on Rodney Eugene Scott, and included in Exhibit A attached hereto, and show cause why this

8  Court should not hold Rodney Eugene Scott in Contempt of Court for failure to appear for the

9  April 21, 2010 examination. Failure to appear may result in a bench warrant issued for the arrest

10  of Rodney Eugene Scott.

11  Dated: ~~July~~ August 11 , 2010

12

13  _____
   Hon. Maria-Elena James
   United States Magistrate Judge

14  12679778.1

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER TO APPEAR

# EXHIBIT A

## ATTACHMENT A

Debtor is ordered to produce for inspection the following documents and things at the Order of Examination which are described as follows:

- Marriage License, Certificate or other documents showing your current marital status.
- Your driver's license.
- Current utilities bill showing your current residence.
- Your voter's registration certificate showing current residence.
- Social Security Registration showing your social security number.
- Current salary or wage statement showing your current salary or wages and employment.
- Your federal income tax returns for years 2005 through 2010, including attached schedules and related forms 1099 and 1098.
- All statements from any bank, credit union, savings institution, thrift or loan company bank or other financial institution for any checking, savings, deposit, trust account or safety deposit box in your name, your spouse's name or both, within the last five (5) years.
- Any record or receipt showing where you keep your negotiable instruments.
- Documents (e.g. title or registration) showing ownership interest in any motor vehicle, construction equipment, boat, airplane, mobile home, or trailer.
- Documents showing ownership or investment interest in any partnership, joint venture, LLC, LLP, corporation or any form of business entity, and showing the name of the business, its officers, address and phone number.
- Documents showing any fictitious business name filing by your within the last five (5) years.
- Any Contractor's license issued to you or to any fictitious business name under which you have done business, worked for, run or established in the last seven (7) years.
- Documents showing investments in stocks, bonds, or other securities, including retirement accounts by you or your spouse within the last five (5) years.
- Documents showing any claims, cross-claims, or counter-claims filed by you in any currently pending civil lawsuit or action, whether in a judicial proceeding or arbitration.
- Documents showing any claims submitted by you in any currently pending bankruptcy proceeding.
- Documents showing any money judgment awarded to you that is currently unsatisfied.
- Documents showing any other indebtedness of any person or entity to you, individually or as a partner whether from a loan, debt, sale or any other kind of contract, including funds in escrow.
- Documents showing land or tenancy rent, crops, timber or mineral resources or income there from whether currently due or expected.

- Documents showing a claim that any assets are exempt from levy.
- Documents, including mortgage or trust deed or U.C.C. filing, showing that you hold a security interest encumbering your interest in real or personal property.
- Documents showing any accounts receivable or owed to you or any fictitious business name under which you have done business, tax refunds due, or pending loan application.
- Documents showing a beneficiary interest held by you in any will or trust or estate of a deceased or in any insurance contact.
- Documents showing an interest in any chattel paper, negotiable instrument, or negotiable document of title.
- Any records or documents showing any other sources of income of any kind you have had in the past seven (7) years (including, but not limited to, gifts, trusts gambling receipts,)
- Any records of any accounts held by another person or entity for you showing credit or balance in your favor.
- Any record of any barter for goods and services.
- Record showing contracts with you or any business in which you participate for work, showing contractor, developer, or client within the last five (5) years and amounts owing now or in the future.