Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com

Attorneys for Plaintiffs Laborers Trust Funds

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>CONCRETE SURFACING SYSTEMS, INC., a California corporation; RODNEY EUGENE SCOTT, an Individual; and DOES 1-10,<br><br>Defendants. | Case No.: C 07-06301 PJH (MEJ)<br><br>**REQUEST TO VACATE ORDER TO APPEAR AND SHOW CAUSE RE CONTEMPT OF COURT; ORDER THEREON**<br><br>Date: December 2, 2010<br>Time: 10:00 a.m.<br>Ctroom: B, 15th Floor<br>　　　　Hon. Maria-Elena James |

Despite its best efforts, after months of trying, Plaintiffs and Judgment Creditors have been unable to serve Defendant and Judgment Debtor Rodney Eugene Scott with this Court's Order to Appear and Show Cause re Contempt of Court ("Order to Appear").

Based on the above, Plaintiffs respectfully request that this Court vacate the Order to Appear.

DATED: December 1, 2010

                BULLIVANT HOUSER BAILEY PC

By _____
Ronald L. Richman
Susan J. Olson

Attorneys for Plaintiffs Laborers Trust Funds

## ORDER

Based on the above and good cause appearing:

IT IS HEREBY ORDERED THAT the Order to Appear and Show Cause Re Contempt of Court, scheduled for December 2, 2010 at 10:00 a.m., Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, is hereby vacated.

Should Plaintiffs be able to locate Rodney Eugene Scott, Plaintiffs may seek a new hearing date for the Order to Appear and Show Cause re Contempt of Court.

Dated: December _7_, 2010

_____
Hon. Ma[ria-Elena James]
United St[ates Magistrate] Judge

*IT IS SO ORDERED — Judge Maria-Elena James — United States District Court, Northern District of California*

12962459.1